**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**JAMES RAY PIKER**                                                                            **PLAINTIFF**

**v.**                                   **Case No.  2:14-cv-00052-KGB-JJV**

**UNITED STATES OF AMERICA**                                                  **DEFENDANT**

**ORDER**

Before the Court is defendant United States of America's motion to dismiss (Dkt. No. 24).  For good cause shown, the Court grants the motion and dismisses this case with prejudice based on the parties' settlement.  The Court will maintain jurisdiction over this case for 180 days, as defendant requests.

SO ORDERED this 18th day of February, 2015.

_____
Kristine G. Baker
United States District Judge